UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARCELINE D., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:20-cv-00317-GZS ) |
| KILOLO KIJAKAZI, Acting Social Security Commissioner, | ) ) ) ) |
|     Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 30, 2021, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 27). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the Commissioner's decision is hereby **AFFIRMED**.

SO ORDERED.

                                                /s/ George Z. Singal
                                                United States District Judge

Dated this 20th day of December, 2021.